**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ANTHONY UKOFIA, ) | |
| ) | Civil No. 08-6224 (PJS/JJG) |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER ON REPORT AND** |
| ) | **RECOMMENDATION** |
| DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Respondent. ) | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's Application to Proceed In Forma Pauperis, (Docket No. 2), is GRANTED; and

2. This action is transferred to the Eighth Circuit Court of Appeals.


Dated:  December 29, 2008              s/Patrick J. Schiltz
                                       Patrick J. Schiltz
                                       United States District Judge